**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1774**

———————

JAMES ARTHUR SMITH,

                    Plaintiff – Appellant,

         v.

LISA ANN BERTINI,

                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:15-cv-00509-AWA-LRL)

———————

Submitted: October 13, 2016          Decided: October 17, 2016

———————

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Arthur Smith, Appellant Pro Se. Mary Teresa Morgan, GOLIGHTLY, MULLIGAN & MORGAN, PLC, Chesapeake, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Arthur Smith appeals the district court's order granting Lisa Ann Bertini's motion to dismiss Smith's civil complaint against Bertini. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. <u>Smith v. Bertini</u>, No. 2:15-cv-00509-AWA-LRL (E.D. Va. Feb. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>